[Nos. 11539-9-III; 11540-2-III;   Division Three.   June 2, 1992.] 11541-1-III.

*In the Matter of* D.A.C., ET AL.

HELENA C., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Yakima County, Nos. 88-7-00030-9, 88-7-00031-7, 88-7-00032-5, Robert N. Hackett, Jr., J., entered April 5, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.

[No. 10928-3-III.   Division Three.   June 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS HOFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 89-1-00261-0, Fred R. Staples, J., entered June 13, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.

[No. 11357-4-III.   Division Three.   June 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN J. PAYSENO, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-1-00397-7, Fred R. Staples, J., entered February 5, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.